In the Matter of the Application of REGINALD P. RAY for an Order Pursuant to Section 88, Subdivision 4, of the Judiciary Law.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report whether the respondent was innocent of the charges on which he was indicted on June 29, 1935, and convicted on June 29, 1936, in the United States District Court for the Southern District of New York.   Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of THOMAS A. SHEERIN to Compel the Payment of the Funeral Expenses and Legal Expenses Incurred for the Burial of ROBERT A. SHEERIN, Deceased.   THOMAS A. SHEERIN, Appellant; EDITH McCLOSKEY, as Administratrix, etc., of ROBERT A. SHEERIN, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs.   Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of WILLIAM H. VANDERCAR and THEODORE T. NEILSON, as Surviving Executors of LILLIAN M. SORESI, Deceased.   FREDERICK W. SCHOLEM, Appellant; HENRI BENDEL, INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied.   Motion for stay denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

In the Matter of the Resignation of MORRIS STERN, an Attorney and Counselor at Law.— Resignation as attorney and counselor at law accepted and his name ordered to be struck from the roll of attorneys.   Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ALBERT L. KRULL, Appellant, v. RICHARD T. CALDWELL, Respondent.— Motion for leave to appeal to the Appellate Division granted.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

NAZARENO MORASCA, Respondent, v. ROSA AIELLO and Others, Appellants, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

REALTY ASSOCIATES, INC., Plaintiff, v. WILLIAM W. STOOTHOFF and Others, Respondents, and COUNTY OF NASSAU, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   The appellant's time to answer is extended until ten days after the entry of the order hereon.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.

ALFRED RICHARDS, an Infant, by HENRY RICHARDS, His Guardian ad Litem, and HENRY RICHARDS, Appellants, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.